IN THE UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

**DIVERSIFIED EDUCATIONAL**
**TRAINING AND MANUFACTURING**
**COMPANY, INC., a/k/a "DETAMC",**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 05-02408-JWL**

**THE CITY OF WICHITA**
**AND ITS REPRESENTATIVES,**

      **Defendant.**

**MEMORANDUM AND ORDER**

Defendant's motion to dismiss (doc. 38) for lack of standing due to plaintiff's alleged failure to plead injury in fact is summarily denied. The Tenth Circuit has made clear that a corporation has standing to assert a discrimination claim under 42 U.S. C. § 1981 based on the race of one of its employees. *Guides, Ltd. v. Yarmouth Group Property Mgmt.*, 295 F.3d 1065, 1071 (10th Cir. 2002)(citations omitted). In that case, the Tenth Circuit went on to affirm compensatory damages awarded to the corporation for lost profits. *Id*. at 1076. The plaintiff in this case seeks economic damages[1] due to discrimination under § 1981; therefore, the court concludes that DETAMC has pled an injury in fact. Furthermore, the court finds the defendant's motion borderline frivolous. Accordingly, the court summarily denies defendant's motion to

---

[1] The court has granted defendant's motion to eliminate plaintiff's claim for damages caused by humiliation, mental & physical pain & suffering.

dismiss.

**IT IS ORDERED BY THE COURT THAT** defendants' motion to dismiss (doc. 38) is denied.

**IT IS SO ORDERED.**

Dated this 9th day of February 2007, at Kansas City, Kansas.

s/ John W. Lungstrum<br>
John W. Lungstrum<br>
United Stated District Judge

2